LEE VERN CRAWFORD v. ABRAHAM PORITZ.

September 5, 1985.

Leave to appeal is granted, and the matter is summarily remanded to the trial court for reconsideration of its order of May 24, 1985 in light of plaintiff's supplemental affidavits and whatever other evidence the trial court may choose to consider. The trial is stayed pending resolution of the remand.

Jurisdiction is not retained.

JOSEPH FULGINITI v. CAPE MAY COUNTY SHERIFF'S DEPARTMENT.

September 10, 1985.

A petition for certification of the judgment in A–4981–83T7 having been submitted to this Court, and the Court having considered the same and having determined that although certification of the issues presented in the petition is not warranted, it appearing that the Civil Service Commission has not considered the sufficiency of the evidence and the appropriate sanction to be imposed in the absence of the application of the immunity provisions of *N.J.S.A.* 11:1–15;

And good cause otherwise appearing;

It is ORDERED that the petition for certification is denied; provided, however, that the matter is summarily remanded to the Civil Service Commission for reconsideration on the merits of the entire record, including the material previously excluded from consideration because of the immunity statute, and of the sanction imposed.

Jurisdiction is not retained.   (See 199 *N.J.Super.* 56)